No. 1093. UNITED STATES v. PHILLIPSBURG NATIONAL BANK & TRUST CO. ET AL. Appeal from D. C. N. J. Appellees' motion to strike references to agency reports and to order Clerk to redeliver material not in evidence which has been lodged with the Court and the motion to advance denied. Probable jurisdiction noted. *Solicitor General Griswold* and *Assistant Attorney General Mc-Laren* for the United States. *Robert B. Meyner* for appellee Phillipsburg National Bank & Trust Co., and *Philip L. Roache, Jr.,* and *Charles H. McEnerney, Jr.,* for appellee Camp.

No. 675. USNER v. LUCKENBACH OVERSEAS CORP. ET AL. C. A. 5th Cir. Certiorari granted. *H. Alva Brumfield* for petitioner. *Charles Kohlmeyer, Jr.,* and *Benjamin W. Yancey* for respondents.

No. 942. DONALDSON, AKA SWEET v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari granted. *Louis L. Meldman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States et al.

No. 630, Misc. PICCIRILLO v. NEW YORK. Ct. App. N. Y. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *William E. Hellerstein* and *Malvine Nathanson* for petitioner. *Eugene Gold* for respondent.